# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2019

## NO. 03-18-00737-CV

**Fili Giovanni Chacon, Appellant**

**v.**

**Cassidy Christine Gribble, Appellee**

### APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the order signed by the trial court on August 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the portions of the trial court's order relating to conservatorship, possession, and child support, and remands the case to the trial court for a new hearing. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.